UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>MALIYAH MANAE BENNETT,<br><br>       Defendant. | NO: 2:24-CR-0152-TOR-4<br><br>ORDER GRANTING UNITED STATES' MOTION FOR PROTECTIVE ORDER |

BEFORE THE COURT is the United States' Unopposed Motion for Protective Order (ECF No. 75). The matter was submitted for consideration without oral argument. The Court has reviewed the motion and the file therein and is fully informed. For good cause shown, the motion is granted.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The United States' Unopposed Motion for Protective Order (ECF No. 75) is **GRANTED**.

2. The United States is authorized to disclose the discovery including sensitive information and materials (hereinafter "Discovery") in its possession

ORDER GRANTING UNITED STATES' MOTION FOR PROTECTIVE ORDER ~ 1

pursuant to the discovery obligations imposed by this Court.

3. Government personnel and counsel for Maliyah Manae Bennett ("Defendant"), shall not provide, or make available, the sensitive information in the Discovery to any person except as specified in the Order or by approval from this Court. Counsel for Defendant and the Government shall restrict access to the Discovery, and shall only disclose the sensitive information in the Discovery to their client, office staff, investigators, independent paralegals, necessary third-party vendors, consultants, and/or anticipated fact or expert witnesses to the extent that defense counsel believes is necessary to assist in the defense of their client in this matter or that the Government believes is necessary in the investigation and prosecution of this matter.

4. Third parties contracted by the United States or counsel for Defendant to provide expert analysis or testimony may possess and inspect the sensitive information in the Discovery, but only as necessary to perform their case-related duties or responsibilities in this matter. At all times, third parties shall be subject to the terms of the Order.

5. Discovery in this matter will be available to defense counsel via access to a case file on USA File Exchange. Counsel for Defense may download Discovery from USA File Exchange and shall exercise reasonable care in ensuring the security and confidentiality of the Discovery by electronically storing the

ORDER GRANTING UNITED STATES' MOTION FOR PROTECTIVE ORDER ~ 2

1  Discovery on a password-protected or encrypted storage medium, including a
2  password-protected computer, or device. If Discovery is printed, Counsel must also
3  exercise reasonable care in ensuring the security and confidentiality of the
4  Discovery by storing copies in a secure place, such as a locked office, or otherwise
5  secure facility where visitors are not left unescorted

6      6. All counsel of record in this matter, including counsel for the United
7  States, shall ensure that any party, including the Defendant, that obtains access to
8  the Discovery is advised of this Order and that all information must be held in
9  strict confidence and that the recipient may not further disclose or disseminate the
10 information. Any other party that obtains access to, or possession of, the Discovery
11 containing discovery information once the other party no longer requires access to
12 or possession of such Discovery shall promptly destroy or return the Discovery
13 once access to Discovery is no longer necessary. No other party that obtains access
14 to or possession of the Discovery containing sensitive information shall retain such
15 access to or possession of the Discovery containing sensitive information unless
16 authorized by this Order, nor further disseminate such Discovery expect as
17 authorized by this Order or the further Order of this court. For purposes of this
18 Order, "other party" is any person other than appointed counsel for the United
19 States or counsel for Defendant.

20

ORDER GRANTING UNITED STATES' MOTION FOR PROTECTIVE
ORDER ~ 3

7. All counsel of record, including counsel for the United States, shall keep a list of the identity of each person to whom the Discovery containing sensitive information is disclosed. Neither counsel for Defendant nor counsel for the United States shall be required to disclose this list of persons unless ordered to do so by the Court.

8. Upon entry of a final order of the Court in this matter and conclusion of any direct appeals, government personnel and counsel for Defendant shall retrieve and destroy all copies of the Discovery containing sensitive information, except that counsel and government personnel may maintain copies in their closed files following their customary procedures.

9. Government personnel and counsel for Defendant shall promptly report to the Court any known violations of this Order.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** July 24, 2025.



THOMAS O. RICE
United States District Judge

ORDER GRANTING UNITED STATES' MOTION FOR PROTECTIVE ORDER ~ 4